KEVIN V. RYAN (CABN 118321)
United States Attorney

EUMI L. CHOI (WVABN 0722)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5084
   Fax: (408)-535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 4/14/06*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00342-RMW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING |
| DANIEL ZUNIGA REYES, | ) | |
| Defendant. | ) | |

     IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the defendant's sentencing hearing, currently scheduled for Monday, April 3, 2006 at 9:00 a.m. be continued and a new sentencing hearing date of Monday, June 19, 2006 at 9:00 a.m. is hereby set.

It is so stipulated.

Dated: March 20, 2006

                              /s/
                           JOHN N. GLANG
                           Assistant U.S. Attorney

1   It is so stipulated:

2   Dated: March 20, 2006                    _____/s/_____

3                                            ALEX REISMAN
                                             Attorney for Daniel Zuniga Reyes

4

5   It is so ORDERED:

6   Dated:  __4/14/06_____               __/s/ Ronald M. Whyte_____

7                                            RONALD M. WHYTE
                                             United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28